UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **WILLIAM DOYLE,**<br><br>       **PLAINTIFF,**<br><br>**V.**<br><br>**BRISTOL-MYERS SQUIBB COMPANY**<br><br>       **DEFENDANT.** | **CASE NO.: 4:20-CV-40156** |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendant Bristol-Myers Squibb Company ("BMS") hereby removes this action from the Superior Court of the Commonwealth of Massachusetts, Worcester County (Case No. 2085CV01120), to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. §§ 1441(a), and 1446(a) based on complete diversity of citizenship under 28 U.S.C. § 1332(a)(3), and submits this "short and plain statement of the grounds for removal" pursuant to 28 U.S.C. § 1446(a) in support thereof:

1.     On or about October 6, 2020, Plaintiff William Doyle filed a one-count Complaint and Demand for Jury Trial in the Superior Court of the Commonwealth of Massachusetts, Worcester County against Defendant BMS.  A copy of the Complaint filed in state court is attached hereto as "Exhibit A."

2.     Plaintiff William Doyle served Defendant BMS with process via certified mail on November 18, 2020, attached hereto as "Exhibit B."

1

3. The aforementioned Complaint (Exhibit A) and Service (Exhibit B) constitute all process, pleadings and orders filed in the Superior Court of the Commonwealth of Massachusetts, Worcester County. To Defendant's knowledge, no hearings or other proceedings have taken place in this action.

4. Defendant now timely removes this case within thirty (30) days of receipt of a copy of the Complaint through service, pursuant to 28 U.S.C. 28 U.S.C. § 1332, § 1441, and § 1446 based on diversity of citizenship.

5. In accordance with 28 U.S.C § 1446(d), Defendant will, promptly after filing this Notice of Removal, give written notice of the removal to the adverse party and will file a copy of this Notice of Removal with the Clerk of Court of the Commonwealth of Massachusetts, Worcester County.

## GROUNDS FOR REMOVAL

6. Under 28 U.S.C. § 1332, this Court has original jurisdiction over Plaintiff's action. As explained below, there is complete diversity between the parties and the amount in controversy exceeds $75,000. Thus removal is proper pursuant to 28 U.S.C. § 1441.

## DIVERSITY OF CITIZENSHIP EXISTS

7. Diversity of citizenship exists when a suit is between citizens of different states or citizens of a state and citizens of a foreign state. 28 U.S.C. § 1332 (a)(1)–(2).

8. There is complete diversity of citizenship between Plaintiff and Defendants in this case:

    a. Plaintiff is a citizen of Massachusetts. *See* Exhibit A, ¶ 1.

   b. Under 28 U.S.C. § 1332(c)(1), "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business…."

   c. Defendant BMS is a Delaware corporation with its principal place of business in the State of New York.  BMS, therefore, is not a citizen of Massachusetts. *See* Exhibit A, ¶ 2.

 9. Because Plaintiff and Defendant are citizens of different states, there is complete diversity of citizenship for jurisdiction purposes.

## THE AMOUNT IN CONTROVERSY EXCEEDS $75,000

 10. If there is complete diversity between the parties and the plaintiff's claim satisfies the $75,000 threshold, the district court may exercise jurisdiction over the claim.  *See* 28 U.S.C. § 1367(a).

 11. Plaintiff alleges damages of $152,500 for medical expenses and pain and suffering.  *See* Exhibit A (Civil Action Cover Sheet).

 12. Plaintiff's claim for damages therefore exceeds the requisite amount in controversy for purposes of diversity jurisdiction under 28 U.S.C. § 1332(a).

## REMOVAL IS OTHERWISE PROPER

 13. Removal to this District is proper because the Superior Court of the Commonwealth of Massachusetts, Worcester County is within the District of Massachusetts, Central Division.  28 U.S.C. §§ 1441(a), 1446(a).

 14. Pursuant to 28 U.S.C. § 1446(d), Defendant shall give Plaintiff written notice of the filing of this Notice of Removal.

15. Pursuant to 28 U.S.C. § 1446(d), Defendant shall file the written notice of the filing of this Notice of Removal with the Superior Court for the Commonwealth of Massachusetts, Worcester County, attaching as Exhibit A thereto a copy of this Notice of Removal and the documents attached to this Notice of Removal.

WHEREFORE, Defendant hereby gives notice that the above entitled state court action, formerly pending in the Superior Court of the Commonwealth of Massachusetts, Worcester County has been removed to the United States District Court for the District of Massachusetts.

Dated:  December 16, 2020

**DLA Piper LLP (US)**

*/s/ Katherine W. Insogna*
Katherine W. Insogna (BBO# 568923)
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Phone: (617) 406-6000
Fax: (617) 406-6100
katie.insogna@dlapiper.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December, 2020, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, and a paper copy will be sent by first-class mail on the following counsel:

Richard L. Tennyson
Tennyson Law Firm
3 Seaview Ave.
Hull, MA 02045
(781) 740-7800

/s/ *Katherine W. Insogna*
Katherine W. Insogna (BBO# 568923)