# EXHIBIT A

| Summons | CIVIL DOCKET NO. 2085CV01120 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: William Doyle vs. Bristol-Myers Squibb Company Plaintiff(s) Defendant(s) | | Dennis P. McManus   Clerk of Courts Worcester   County COURT NAME & ADDRESS: Worcester Superior Court 225 Main Street Worcester, MA. 01608 |

THIS SUMMONS IS DIRECTED TO Bristol-Myers Squibb Company (Defendant's name)

You are being sued. The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Worcester Superior Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. If you need more time to respond, you may request an extension of time in writing from the Court.

2. How to Respond.

To respond to this lawsuit, you must file a written to response with the court and mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

   a) Filing your signed original response with the Clerk's Office for Civil Business, Worcester Superior Court 225 Main St., Worcester, MA 01608 (address), by mail or in person AND

   b) Delivering or mailing a copy of your response to the Plaintiff's Attorney/Plaintiff at the following address: 3 Seaview Ave., Hull, MA 02045

3. What to Include in Your Response.

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as counterclaims) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must specifically request a jury trial in your court no more than 10 days after sending your Answer.

3 (cont). You can also respond to a Complaint by filing a "**Motion to Dismiss**," if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12**. If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at:

www.mass.gov/courts/case-legal-res/rules_of_court

**4. Legal Assistance.**

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

**5. Required Information on All Filings:**

The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. _____, Chief Justice on _____, 20____, (Seal)

Clerk-Magistrate _____

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

---

### PROOF OF SERVICE OF PROCESS

I hereby certify that on _____, I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4(d)(1-5)):

_____

_____

_____

Dated: _____        Signature: _____

**N.B. TO PROCESS SERVER:**

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

Date: _____

rev. 1/2019

# CIVIL ACTION COVER SHEET

**DOCKET NUMBER:** 2085CV01120

**Trial Court of Massachusetts — The Superior Court**

**PLAINTIFF(S):** William Doyle
**ADDRESS:** 16 Highland St., Hopedale, MA 01747

**COUNTY:** Worcester

**DEFENDANT(S):** Bristol-Myers Squibb Company

**ATTORNEY:** Richard L. Tennyson
**ADDRESS:** 3 Seaview Ave., Hull, MA 02045

**ADDRESS:** 430 E. 29th St., 14th Fl., New York, NY 10016

**BBO:** 687572

## TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B04 | Burn injury | F | [X] YES [ ] NO |

*If "Other" please describe:

Is there a claim under G.L. c. 93A? [ ] YES [X] NO

Is this a class action under Mass. R. Civ. P. 23? [ ] YES [ ] NO

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ........................................... est. $2,000.00
2. Total doctor expenses ............................................. est. $500.00
3. Total chiropractic expenses ...................................... $
4. Total physical therapy expenses ................................ $
5. Total other expenses (describe below) ......................... $
  Subtotal (A): $2,500.00

B. Documented lost wages and compensation to date ........... $
C. Documented property damages to date ........................ $
D. Reasonably anticipated future medical and hospital expenses ... $
E. Reasonably anticipated lost wages ............................. $150,000.00
F. Other documented items of damages (describe below)
Pain and suffering, scarring.

G. Briefly describe plaintiff's injury, including the nature and extent of injury:
Plaintiff suffered burn injuries to his torso, shoulders, left arm, and left hand when the defendant failed to depressurize lines connected to a flange gasket he was replacing.

**TOTAL (A-F):** $152,500.00

### CONTRACT CLAIMS
(attach additional sheets as necessary)

[ ] This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).
Provide a detailed description of claim(s):

**TOTAL:** $

Signature of Attorney/ Unrepresented Plaintiff: X /s/
Date: 10/06/2020

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

## CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X /s/
Date: 10/06/2020

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION 2085CV01120

WILLIAM DOYLE
PLAINTIFF

V.

BRISTOL-MYERS
SQUIBB COMPANY
DEFENDANT

## COMPLAINT
## JURY TRIAL DEMANDED

1. The plaintiff, William Doyle, resides in Hopedale, County of Worcester.

2. The defendant Bristol-Myers Squibb Company, is a company duly organized and existing under the laws of Delaware, with a principal office located at 430 E. 29th Street, 14th Floor, New York, New York.

## COUNT I: CLAIM OF WILLIAM DOYLE AGAINST BRISTOL-MYERS SQUIBB COMPANY

1. On or about July 17, 2019, the plaintiff was working for DECCO, Inc. at Bristol-Myers Squibb Company, located at 38 Jackson Road, Devens, Massachusetts.

2. DECCO, Inc. was hired in part or whole by the defendant to replace a leaking flange gasket. High temperature water and steam was running through a pipe to the flange for which the gasket was being replaced.

3. Such job required the use of a boom lift, as it was at substantial height.

4. The defendant, before plaintiff began to replace the leaking flange gasket, negligently failed to depressurize the lines running into such gasket.

5. As a result, as the plaintiff began to replace the flange gasket, he was sprayed by high temperature water and steam, suffering significant burn injuries to his torso, shoulders, left arm, and left hand.

6. Plaintiff was sprayed continuously for an extended period of time, as he was confined to that area by the boom lift.

7. As a result of the aforesaid negligence on the part of the defendant herein, the plaintiff was caused to suffer great physical pain, mental anguish, and scarring and will continue to do so for an indefinite time in the future.

8. As a further result of the aforesaid negligence on the part of the defendant herein, the plaintiff has been obliged to expend various and diverse sums of money for medical care and attention and will continue to do so for an indefinite time in the future.

9. As a further result of the aforesaid negligence on the part of the defendant, the plaintiff has suffered a depreciation in earning capacity and will continue to do so in the future.

WHEREFORE, the plaintiff demands a trial by jury and judgment and damages of the defendant herein plus interest and costs.

By his attorney,

Richard L. Tennyson
BBO No. 687572
Tennyson Law Firm
3 Seaview Ave.
Hull, MA 02045
(781) 740-7800
rlt@tennysonlaw.com

Dated: October 6, 2020

| CIVIL TRACKING ORDER<br>(STANDING ORDER 1-88) | DOCKET NUMBER<br>2085CV01120 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| CASE NAME:<br>Doyle, William vs. Bristol-Myers Squibb Company | | Dennis P. McManus, Clerk of Courts |
| TO: Richard L Tennyson, Esq.<br>Tennyson Law Firm<br>3 Seaview Ave<br>Hull, MA 02045 | | COURT NAME & ADDRESS<br>Worcester County Superior Court<br>225 Main Street<br>Worcester, MA 01608 |

## TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

### STAGES OF LITIGATION                                                           DEADLINE

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 01/11/2021 | |
| Response to the complaint filed (also see MRCP 12) | | 02/10/2021 | |
| All motions under MRCP 12, 19, and 20 | 02/10/2021 | 03/12/2021 | 04/12/2021 |
| All motions under MRCP 15 | 02/10/2021 | 03/12/2021 | 04/12/2021 |
| All discovery requests **and depositions** served and non-expert depositions completed | 08/09/2021 | | |
| All motions under MRCP 56 | 09/08/2021 | 10/08/2021 | |
| Final pre-trial conference held and/or firm trial date set | | | 02/07/2022 |
| Case shall be resolved and judgment shall issue by | | | 10/13/2022 |

The final pre-trial deadline is <u>not the scheduled date of the conference</u>. You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to Civil "D" Session. Please include this letter on all future filings.

| DATE ISSUED | ASSISTANT CLERK | PHONE |
|---|---|---|
| 10/15/2020 | Laurie Jurgiel | (508)831-2350 |

Date/Time Printed: 10-15-2020 16:04:57                                                                                SCV026\ 08/2016